## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

KEVIN O'CONNOR,                         :         No. 3:26cv543
                                        :
                    **Plaintiff**       :         (Judge Munley)
                                        :
          v.                            :
                                        :
LT. PASSERETTI, <u>et al.</u>,          :
                                        :
                    **Defendants**      :

## ORDER

**AND NOW**, to wit, this ____ day of May 2026, upon consideration of defendants' motion (Doc. 3) to dismiss, and the parties' respective briefs in support of and in opposition to said motion, and for the reasons set forth in the accompanying memorandum, it is hereby **ORDERED** that:

1.   The motion (Doc. 3) is **GRANTED**.

2.   The motion to dismiss is **GRANTED with prejudice** and without leave to amend as to plaintiff's claims against defendants Wheary, McGinley, Moore, and Varner, the violation of prison policy claim, and the Fourteenth Amendment due process claim.

3.   The motion to dismiss is **GRANTED without prejudice** and with leave to amend as to plaintiff's claims against defendants Burns, Merit-Scully, Gardner, Neitz, Cohoon, Gibson, Gordon, and Mirarchi, the First Amendment claim, Eighth Amendment claim, and Fourteenth Amendment equal protection claim.

4.   The state law claims are **DISMISSED without prejudice**.

5.      On or before May 26, 2026, plaintiff may file a proposed amended complaint.  The proposed amended complaint shall contain the same case number that is already assigned to this action, 3:26-cv-542.

6.      The proposed amended complaint shall be direct, concise, and shall stand-alone without reference to any other document filed in this matter or any other civil matter.  See FED. R. CIV. P. 8(d)(1).

7.      Failure to file a proposed amended complaint within the timeframe set forth in paragraph 5 will convert the dismissal of the remaining claims without prejudice to a dismissal with prejudice without the necessity of a further order of court.

8.      Any appeal from this order is **DEEMED** frivolous and not taken in good faith.  See 28 U.S.C. § 1915(a)(3).

**BY THE COURT:**

**JUDGE JULIA K. MUNLEY**
**United States District Court**

2