**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **KEVIN O'CONNOR,** | : | **No. 3:26cv543** |
| | : | |
| **Plaintiff** | : | **(Judge Munley)** |
| | : | |
| **v.** | : | |
| | : | |
| **LT. PASSARETTI, *et al.*,** | : | |
| | : | |
| **Defendants** | : | |

**ORDER**

**AND NOW**, to wit, this 2nd day of November 2026, upon consideration of defendants' motion (Doc. 14) to dismiss the amended complaint, and the parties' respective briefs in support of and in opposition to said motion, and for the reasons set forth in the accompanying memorandum, it is hereby **ORDERED** that:

1. The motion (Doc. 14) is **GRANTED**. The amended complaint (Doc. 13) is **DISMISSED**.

2. The court declines to exercise supplemental jurisdiction over plaintiff's state law claims. See 28 U.S.C. § 1367(c)(3).

3. The Clerk of Court is directed to **CLOSE** this case.

4. Any appeal from this order is **DEEMED** frivolous and not taken in good faith. See 28 U.S.C. § 1915(a)(3).

**BY THE COURT:**

**JUDGE JULIA K. MUNLEY**
**United States District Court**